## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index #  1:17-cv-09788-VEC                                    Purchased/Filed: December 15, 2017

STATE OF NEW YORK        UNITED STATES DISTRICT COURT         SOUTHERN DISTRICT

---

*Gregorio Larios Cano, Individually and on behalf of others similarly situated*        Plaintiff

against

*Preet Gourmet Inc. (d/b/a Golden Pizza), et al.*        Defendant

---

STATE OF NEW YORK         SS.:
COUNTY OF ALBANY

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____December 20, 2017_____, at ___11:45am___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Corporate Notice

on

_____Preet Gourmet Inc._____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, ___2___ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of ___40___ dollars; That said service was made pursuant to Section ___306 Business Corporation Law___ .

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: ___55___   Approx. Wt: ___125lbs___   Approx. Ht: ___5'1___
Color of skin: ___White___   Hair color: ___Red/Blonde___   Sex: ___Female___   Other: _____

Sworn to before me on this
__20th__ day of _____December, 2017_____

SCOTT SCHUSTER
NOTARY PUBLIC, State of New York
NO. 01SC6308636, Albany County
Commission Expires July 28, 2018

James Perone
Attny's File No.
Invoice·Work Order # SP1714296

**SERVICO. INC. - PO BOX 871 - ALBANY. NEW YORK 12201 - PH 518-463-4179**