# Michael Faillace & Associates, P.C.

### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510                                      Telephone: (212) 317-1200
New York, New York 10165                                           Facsimile: (212) 317-1620
————

July 23rd, 2018

**VIA ECF**
Hon. Valerie Caproni
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

> **Re:**   Larios, et al v. Preet Gourmet, Inc., et al.,
>             17-cv-9788 (VEC)

Your Honor:

This office represents Plaintiff Gregorio Larios Cano in the above-referenced matter.  I submit attached hereto a fully executed Revised Settlement Agreement in this matter reflecting the changes required by the Court in its July 10th, 2018 Order.

Plaintiff has already submitted the requisite fairness materials and would stand ready to supplement those materials as the Court requires.

Respectfully Submitted,

/s/ Colin Mulholland, Esq.
Michael Faillace, Esq.
Michael Faillace & Associates, P.C.
*Attorneys for Plaintiff*

cc:      Defendants' (via ECF)

*Certified as a minority-owned business in the State of New York*