UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GREGORIO LARIOS CANO, individually and on
behalf of others similarly situated,

                                       Plaintiff,

               -against-                        17-CV-9788 (VEC)

PREET GOURMET INC. (d/b/a Golden Pizza),    ORDER
FAMOUS GOLDEN PIZZA INC. (d/b/a Golden
Pizza), MANJINDER SINGH (a/k/a Max Singh),
HARJINDER SINGH, and LAKHWINDER
SINGH,

                                 Defendants.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/24/2018

VALERIE CAPRONI, United States District Judge:

       WHEREAS on July 6, 2018 (Dkt. 32), Plaintiff and Defendants Manjinder Singh, Preet Gourmet Inc., and Famous Golden Pizza Inc. submitted a settlement agreement to the Court for review, pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015); and

       WHEREAS on July 10, 2018 (Dkt. 33), the Court ordered the parties to revise their settlement agreement; and

       WHEREAS on July 23, 2018 (Dkt. 35), Plaintiff submitted a revised settlement agreement;

       IT IS HEREBY ORDERED THAT Plaintiff's settlement agreement is APPROVED. The Court finds that the settlement is fair and reasonable under *Cheeks*. This case is DISMISSED. The Clerk is respectfully directed to terminate all open motions and to close the case. The Clerk

is also respectfully directed to mail a copy of this order to Defendant Manjinder Singh and to note mailing on the docket.

**SO ORDERED.**

Date:  July 24, 2018
       New York, New York

                                              **VALERIE CAPRONI**
                                              **United States District Judge**